United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MELVIN DUKES,

    Petitioner,

vs.

WARDEN GIBSON,

    Respondent.

No. C 14-1529 PJH (PR)

**ORDER OF DISMISSAL**

Petitioner, a California prisoner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, mail that the clerk sent to petitioner at his last known address has been returned as undeliverable and he has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. See Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: July 1, 2014.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\HC.14\Dukes1529.dsm-mail.wpd